United States District Court for the Southern District of New York

| | |
|---|---|
| FAMEFLYNET, INC. AND BWP MEDIA USA INC., D/B/A PACIFIC COAST NEWS | ) Case No.: 15 CV 2471 )  )  ) |
| Plaintiff | ) |
| v. | ) |
| GAWKER MEDIA LLC AND KINJA LLC | )  )  ) |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

I, Augustus Wilson, hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over the age of eighteen (18) years and not a party to this action.

That on July 31, 2015 at 2:48 PM at 114 5th Ave., 2nd Floor New York, NY 10011, deponent served the within Summons, Complaint, Rule 7.1 Statement on Gawker Media, LLC therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to Kavitha Reddy, an authorized agent who is legally able to accept the service documents listed above.

The description of the person actually served is as follows:

Gender: Female     Race/Skin: Brown     Hair: Brown     Age: 32     Height: 5'7     Weight: 160

The fee for this service is: $

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Augustus Wilson, Lic. #1311756

Writ Legal, LLC
P.O. Box 2249
Rockville, MD 20847
(888) 667-2038

7-31-15
Executed on:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15 CV 2471

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gawker Media, LLC__

was received by me on *(date)* __07/30/2015__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Kavitha Reddy__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Gawker Media, LLC__
_____ on *(date)* __07/31/2015__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/31/2015__

_____
*Server's signature*

Augustus Wilson, Lic#1311756
*Printed name and title*

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
*Server's address*

Additional information regarding attempted service, etc:
Documents served: Summons, Complaint, Rule 7.1 Statement

15-004212