Schendlin S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAMEFLYNET, INC. AND BWP MEDIA USA INC. D/B/A PACIFIC COAST NEWS,<br><br>Plaintiff,<br><br>vs.<br><br>GAWKER MEDIA LLC AND KINJA LLC,<br><br>Defendant. | Docket No: 1:15-cv-02471-SAS |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff BWP MEDIA USA INC. D/B/A PACIFIC COAST NEWS, through their counsel, hereby gives notice that their claims only in above captioned action are voluntarily dismissed without prejudice and that they be listed as a terminated party in this action going forward. The action by FAMEFLYNET, INC. against GAWKER MEDIA LLC and KINJA LLC is not being dismissed by this notice.

DATED: August 14, 2015

SANDERS LAW, PLLC
By: /s Craig B. Sanders
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*
Our File No.: 107989

**SO ORDERED:**

_____
U.S.D.J.      8/19/15